# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LINDA HARRIS-HAYES,

      Plaintiff(s),

v.

SAM'S WEST, INC.,

      Defendant(s).

Case No. 2:24-cv-01512-JAD-NJK

**Order**

On August 20, 2024, the Court ordered the parties to file a discovery plan by September 3, 2024.  Docket No. 6.  The parties violated that order.  The Court again orders the parties to file a discovery plan, this time by September 10, 2024.  **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: September 6, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1