# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA HARRIS-HAYES, et al., <br>     Plaintiff(s), <br> v. <br> SAM'S WEST, INC., <br>     Defendant(s). | Case No. 2:24-cv-01512-JAD-NJK <br><br> **Order to Show Cause** |

On August 20, 2024, the Court ordered the parties to file a discovery plan by September 3, 2024. Docket No. 6. The parties did not comply with that order. On September 6, 2024, the Court ordered the parties to file a discovery plan, this time by September 10, 2024. Docket No. 7. To date, neither a discovery plan nor a request to extend this deadline has been filed.

The Court hereby **ORDERS** the parties and their counsel of record to show cause in writing, no later than September 18, 2024, why sanctions should not be imposed in the form of Court fines of up to $1,000 each for violating the above orders. *See, e.g.*, Fed. R. Civ. P. 16(f).

This order to show cause will be deemed automatically discharged without the need to respond if a discovery plan is filed by September 18, 2024.

IT IS SO ORDERED.

Dated: September 11, 2024

                                                       _____
                                                     Nancy J. Koppe
                                                     United States Magistrate Judge