**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email(s): ghayes@tysonmendes.com
npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Sam's West, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA HARRIS-HAYES,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC dba SAM'S CLUB #4974, a Delaware corporation; ROE MAINTENANCE COMPANY; DOES 1-X, inclusive; ROE BUSINESS ENTITIES 1-X; ROE MANUFACTURERS I-X; and ROE DISTRIBUTORS I-X inclusive,,<br><br>    Defendants. | Case No. 2:24-cv-01512-JAD-NJK<br>Dept. No.<br>Judge:<br><br>**SUBSTITUTION OF COUNSEL**<br>Order |

TO:    ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that Defendant, Sam's West, Inc. hereby substitutes Griffith H. Hayes, Esq., and Nicholas F. Psyk, Esq. of the law firm of TYSON & MENDES, LLP as its counsel of record in place and instead of Kurt R. Bonds, Esq., and Tanya M. Fraser, Esq. of the law firm of HALL & EVANS, LLC. By agreement and pursuant to EDCR 7.40, Griffith H. Hayes, Esq. and Nicholas F. Psyk, Esq. will appear in place of Kurt R. Bonds, Esq. and Tanya M. Fraser, Esq.

///

///   IT IS SO ORDERED.
      Dated: January 15, 2025

///

///

Nancy J. Koppe
United States Magistrate Judge

**SUBSTITUTION OF COUNSEL**