**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
**MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 12839
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Linda Harris-Hayes,<br><br>           Plaintiff,<br>Vs.<br><br>Sam's West, Inc Dba Sam's Club #4974, A Delaware Corporation; Roe Maintenance Company; Does I-X, Inclusive; Roe Business Entities I-X; Roe Manufacturers I-X; And Roe Distributors I-X Inclusive,<br><br>           Defendant. | Case No.  2:24-CV-01512-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 30 |

IT IS HEREBY STIPULATED by the Parties named above and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice. Each party will bear their own costs and attorney's fees.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 25, 2025 | Dated: August 25, 2025 |
| **LADAH LAW FIRM** | **TYSON & MENDES LLP** |
| */s/ Michael T. Nixon, Esq.*<br>By_____<br>MICHAEL T. NIXON, ESQ.<br>Nevada Bar No.12839<br>517 S. Third Street<br>Las Vegas, NV 89101<br>Attorney for Plaintiff | */s/ Griffith Hayes, Esq.*<br>By:_____<br>GRIFFITH HAYES, ESQ.<br>Nevada Bar No. 7374<br>2835 St. Rose Pkwy, Ste 140<br>Henderson, NV 89052<br>Attorney for Defendants |

*Harris- Hayes v. Sam's West, Inc, et al.*
Case no. 2:24-CV-01512-JAD-NJK

**Approved as to form and content:**

DATED:  August 25, 2025                                        DATED: August 25, 2025

**LADAH LAW FIRM**                                             **TYSON & MENDES LLP**

*/s/ Michael T. Nixon, Esq.*                                    */s/ Griffith Hayes, Esq.*
By_____                                              By:_____
MICHAEL T. NIXON, ESQ.                                          GRIFFITH HAYES, ESQ.
Nevada Bar No.12839                                             Nevada Bar No. 7374
517 S. Third Street                                             2835 St. Rose Pkwy, Ste 140
Las Vegas, NV 89101                                             Henderson, NV 89052
Attorney for Plaintiff                                          Attorney for Defendants

## ORDER

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 25, 2025

2